

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00005-CV

**IN THE MATTER OF THE GUARDIANSHIP OF** Martha Jane **VALDEZ**,
an Incapacitated Person

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2007-PC-2303
Honorable Tom Rickhoff, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellee, U.S. Specialty Insurance Company, recover its costs of this appeal from appellant, Jerry Valdez.

SIGNED February 26, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice